IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 AUG 29 A 10: 32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ROBERT EARL RAY, JR.        *
    Plaintiff,

              *

v.                          *   CASE NO: 2:07CV-721-WKW

TROY KING - ATTORNEY GENERAL    *
et al.,
    Defendants,
              *

REQUEST FOR MEDICAL TREATMENT
AND AN ORDER TO THE ADOC TO ENFORCE
DOCTOR"S ORDERS

    Comes Now, Robert Earl Ray, Jr., pro se in the above style cause and moves this honorable court to grant him requested relief as stated above.

    This motion is filed with the request for injunctive relief. The ADOC has for several years, specifically since 2001 denied Ray any medical treatment to his dental request. Ray has requested for dental work to be performed on his teeth. Several appointments have been scheduled, however, when Ray attends his appointment his treatment is always rescheduled.

    Ray has requested medical treatment for his teeth when he arrived at the West Caroll Detention Center. His appointments were cancelled

and he has not be granted treatment.

The treatment in which Ray has been diagnosed by a doctor consist of a surgery type work, wherein his tooth is broken off into the gumbs and the tooth was previously prepted for a root canal, instead the tooth has rottened and broken and left unattended.

Due to this tooth being in this condition it creates sinus problems because the root of the tooth is in or near the sinus cavity. This tooth creates a bad oder which holds food deposits which are difficult to clean. Because the tooth is dead it has no ability to fight any infections or gum diseses.

The wisdom tooth beside this tooth has been affected by this tooth that it needs to be pulled and can not be filled. This will cause Ray not to have two teeth on the top left back and he will need a partial to replace those teeth or his eating will cause the shifting of his jaws to be out of balance and it will create other problems.

Ray respectfully ask that this court will order the ADOC to treat Ray for this condition upon his arrival at the Alabama institution or outside medical facility which can perform the proper treatemant

Ray also sustained a back injury in which he recieved medical surgery and therapy. He has since been diagnosed with a degenerate disk disease which is incurrable. His last diagnoses a doctors from the Limestone Correctional facility placed Ray on medications for the swelling and inflamation consisting of feldene and Pain medication such as tylenol and IB profren. That pain medication does not give

any relief and they have not given Ray any medication which can help him maintain the pain level of the injury/disease. Once Ray entered the West Carroll Detention center he began to experience swelling in his leg (left). A rash was noticable and Ms. Faye a nurse with the medical facility stated that his blood was thining and that the felede was the cause of the swelling and the rash.

Ray has suffered without treatment in this facility due to a false diagnosis by Ms. Faye, the reason for such lie is unknown to him unless the facility did not want to provide the expense for the medcations.

Ray request that he will be given medication for the inflamation of his back and that he will be given medication for his staomack which protects him from his stomach being damaged by medications which mayCAUSE his stomack lining to be defected.

Ray was given a medical profile by a doctor from the Limestone correctional facility in Alabama. The profile ordered that Ray was not to lift over ten pounds. No repetivtive bending or stooping. This was done , so the ADOC would not force Ray to work on any institution job which consisted of any labor, due to his severe injury/disease. When Ray is returned he has asked that he will not be subjected to any other treatment than what has been initially diagnosed and that he will not be subjected to any work.

Ray ask for a more recent medical diagnosis of a cat sean which is very informative and will allow this court and the DOC to see the severity of his injury. Ray performs limited exercises from time

which relieves much stress from his back. The ADOC has in the past threatened him with disciplinary action because he performs those exercises due to his limited bending and stooping. Ray has informed the DOC that the profile does not deny him any exercise which helps him overcome his pain, the profile was for the DOC not to place ant work or action upon him in which can possible cause or create another injury.

Ray ask that the DOC will understand this position. Ray ask that the DOC will provide him with a bottom bunk profile, wherein the constant climbing from the bed created severe pain and could possible cause him to have another surgery due to injury.

This medical diagnosis creates severe mental stress upon Ray and he is presently taking medication to help him rest. Ray ask that the DOC will give him a cell to sleep in within the institution which will provide him with a treatment which is very helpful and thast is a place where he can recieve proper treatment of REST. The overcrowding of the prison system creates such noise and havoc that Ray is unable to get any adequate rest which creates more of a substanial injury to him mentally and physically.

Plaintiff is not asking for any thing in which is unreasonable or unrealistic. He is not asking for any thing which is uneccessary nor is he trying to set a standard for all inmates, he is simply seeking for proper medical treament and for the DOC not to enforce any action upon in which he is unable to require. If Ray has to be subjected to such an unconstitutional living conditions and due to the overcrowding his medical treatment could be insuffcient he ask for this court intervention in this matter.

Done on this the 24th day of August 2007.

*robert earl ray, jr.*

robert earl ray, jr.

CERTIFICATRE OF SERVICE

I hereby certify that the foregoing has been served upon the state of Alabama in care of Troy King, by placing the same in the S. Mail box , postage paid and properly addressed. Done on this the 24th day of August 2007.

*ROBERT EARL RAY, JR.*

ROBER EARL RAY, JR.