AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Robert Earl Ray, Jr. #136712

Plaintiff

V.

Troy King et al

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

RECEIVED
2007 AUG 29 A 10: 32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NUMBER: 2:07cv721-WKW

I, __Robert Earl Ray, Jr.__ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __West Carroll Detention Center__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☒ Yes   ☐ No
   f. Any other sources   ☒ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

family may send money but it is uncertain when the gift of money will arrive or if it will arrive at all, therefore it is not something I depend on.

4. Do you have any cash or checking or savings accounts?  ☒ Yes   ☐ No

   If "Yes," state the total amount. __.16¢__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Blaise + Levi Ray

   Unable to pay.

I declare under penalty of perjury that the above information is true and correct.

__08-16-07__    __Robert Earl Ray Jr.__
   Date                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# INMATE ACCOUNT DETAIL REPORT
### WEST CARROLL DETENTION CENTER

From : 03/20/2007　　　　　　　To : 08/20/2007

BOOKING NO : **2007010151**　　　FILE NO. : **108215**
INMATE NAME : **RAY, ROBERT**　　　　　　　　　CELL : **DORMC2 51**

| TYPE | DESCRIPTION | TRANSACTION DATE | AMOUNT | NEW BALANCE |
|---|---|---|---|---|
| DEBIT | COMMISSARY POST FOR 03/26/2007 | 03/26/2007 | $ 1.00 | $ 2.74 |
| DEBIT | 1 PICTURE | 04/02/2007 | $ 2.00 | $ 0.74 |
| CREDIT | BRENDA OLIVER | 04/04/2007 | $ 100.00 | $ 100.74 |
| DEBIT | COMMISSARY POST FOR 04/05/2007 | 04/05/2007 | $ 78.24 | $ 22.50 |
| DEBIT | 1 PICTURE | 04/09/2007 | $ 2.00 | $ 20.50 |
| DEBIT | COMMISSARY POST FOR 04/13/2007 | 04/13/2007 | $ 16.28 | $ 4.22 |
| DEBIT | COMMISSARY POST FOR 04/18/2007 | 04/18/2007 | $ 4.22 | $ 0.00 |
| CREDIT | BRENDA OLIVER | 05/11/2007 | $ 180.00 | $ 180.00 |
| DEBIT | COMMISSARY POST FOR 05/14/2007 | 05/14/2007 | $ 50.65 | $ 129.35 |
| DEBIT | COMMISSARY POST FOR 05/18/2007 | 05/18/2007 | $ 47.70 | $ 81.65 |
| DEBIT | COMMISSARY POST FOR 05/22/2007 | 05/22/2007 | $ 36.72 | $ 44.93 |
| CREDIT | BRENDA OLIVER | 05/23/2007 | $ 100.00 | $ 144.93 |
| DEBIT | COMMISSARY POST FOR 05/23/2007 | 05/23/2007 | $ 9.90 | $ 135.03 |
| DEBIT | COMMISSARY POST FOR 05/24/2007 | 05/24/2007 | $ 31.47 | $ 103.56 |
| DEBIT | COMMISSARY POST FOR 05/29/2007 | 05/29/2007 | $ 36.09 | $ 67.47 |
| DEBIT | COMMISSARY POST FOR 05/30/2007 | 05/30/2007 | $ 5.08 | $ 62.39 |
| DEBIT | COMMISSARY POST FOR 05/31/2007 | 05/31/2007 | $ 28.97 | $ 33.42 |
| DEBIT | COMMISSARY POST FOR 06/04/2007 | 06/04/2007 | $ 28.97 | $ 4.45 |
| DEBIT | COMMISSARY POST FOR 06/07/2007 | 06/07/2007 | $ 4.38 | $ 0.07 |
| CREDIT | ROBERT RAY | 06/25/2007 | $ 200.00 | $ 200.07 |
| DEBIT | COMMISSARY POST FOR 06/26/2007 | 06/26/2007 | $ 104.58 | $ 95.49 |
| DEBIT | COMMISSARY POST FOR 06/28/2007 | 06/28/2007 | $ 1.88 | $ 93.61 |
| DEBIT | COMMISSARY POST FOR 06/29/2007 | 06/29/2007 | $ 11.57 | $ 82.04 |
| DEBIT | COMMISSARY POST FOR 07/05/2007 | 07/05/2007 | $ 51.61 | $ 30.43 |
| DEBIT | COMMISSARY POST FOR 07/09/2007 | 07/09/2007 | $ 21.52 | $ 8.91 |
| DEBIT | COMMISSARY POST FOR 07/11/2007 | 07/11/2007 | $ 8.85 | $ 0.06 |
| CREDIT | DENISE YARBROUGH | 07/23/2007 | $ 100.00 | $ 100.06 |
| DEBIT | COMMISSARY POST FOR 07/24/2007 | 07/24/2007 | $ 69.13 | $ 30.93 |
| DEBIT | COMMISSARY POST FOR 07/27/2007 | 07/27/2007 | $ 13.07 | $ 17.86 |
| CREDIT | BRENDA OLIVER | 07/27/2007 | $ 100.00 | $ 117.86 |
| DEBIT | COMMISSARY POST FOR 07/30/2007 | 07/30/2007 | $ 49.06 | $ 68.80 |
| DEBIT | COMMISSARY POST FOR 08/02/2007 | 08/02/2007 | $ 26.42 | $ 42.38 |
| DEBIT | COMMISSARY POST FOR 08/06/2007 | 08/06/2007 | $ 17.31 | $ 25.07 |
| DEBIT | COMMISSARY POST FOR 08/08/2007 | 08/08/2007 | $ 15.93 | $ 9.14 |
| DEBIT | COMMISSARY POST FOR 08/13/2007 | 08/13/2007 | $ 8.98 | $ 0.16 |

## AFFIDAVIT

I, ROBERT EARL RAY, JR hereby state under the penalty of perjury that he is not employed with any facility and he does not have a job in which he earns any income. He owns no property and he at this present date and time August 16, 2007 at 1:52 p.m. has only about .16 cent in his account. I have three children and I owe child support to two in which I am unable to pay in which they are dependant. I receive monies from time to time from family which is not dependable nor can I assure you that they will continue to send me money for any purpose to pursue any litigation in court. This is true to best of my knowledge. Done on this the 21st day of August 2007.

*[signature]*
ROBERT EARL RAY, JR.

Sworn and subscribed before me on this 22 day of August 2007.

*[signature]* Nennie Thanks          AT DEATH
NOTARY PUBLIC  #059021        MY COMMISSION EXPIRES