IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 AUG 31  A  9: 32

JEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ROBERT EARL RAY, JR.                    *
    Plaintiff,

Vs.                                     *    CASE NO: **2:07-CV-721-WKW**

TROY KING, ATTORNEY GENERAL
    Defendants,                         *

---

## CHANGE OF ADDRESS

   Comes now Robert Earl Ray, Jr. in the above style cause and respectfully informs this court that

There has been a change of address. Please send all correspondences to the following address:

LIMESTONE CORRECTIONAL FACILITY
28779 Nick Davis Rd.
Harvest, Al. 35749

Respectfully Submitted,

ROBERT EARL RAY, JR.

USA FIRST-CLASS FOREVER

Robert Ray #136712
Livingston Corr. Facility   HUNTSVILLE / HVS   AL 358   11
28779 Nick Davis Road   AUG 2007 PM
Harvest, AL. 35749

This correspondence is forwarded from
an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not
responsible for the substance or content
of the enclosed communication.

Legal Mail

In The United States
District Court
P.O. Box 711
Montgomery, AL.
36101-0711

36101-0711