IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT EARL RAY, JR., #136 712        *

    Plaintiff,                                          *

    v.                                                       *        2:07-CV-721-WKW

TROY KING - ATTORNEY GENERAL,     *
 *et al.*,
    Defendants.                                       *

_____

**ORDER ON MOTION**

Before the court is Plaintiff's *Request for Medical Treatment and an Order to the ADOC to Enforce Doctor's Orders*. Plaintiff's request has been read, considered, and shall be denied. If Plaintiff believes he is or was subjected to constitutionally inadequate medical care and treatment, he is free to file a civil action in the appropriate court with jurisdiction to entertain the claim.

Accordingly, it is

ORDERED that the Motion for Medical Treatment and Order Directing Enforcement of Doctor's Orders (Doc. No. 6) be and is hereby DENIED.

Done, this 5th day of September 2007.

                                                         /s/ Wallace Capel, Jr.
                                               WALLACE CAPEL, JR.
                                               UNITED STATES MAGISTRATE JUDGE