IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ROBERT EARL RAY, JR.,           )
                                )
     Plaintiff,                 )
                                )
                                )
Vs.                             )   CIVIL ACTION NO.
                                )
                                )   2:07-CV-721-WKW
TROY KING, ATTORNEY GENERAL, et al., )
                                )
     Respondents.

RECEIVED 2007 SEP 13 A 9:31 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS

NOW COMES, the Plaintiff, Robert Earl Ray, Jr., acting pro se, and would moves this Honorable Court to grant Plaintiff thirty (30) days enlargement of time to file his objections. Plaintiff states as follows:

1. Plaintiff is unable to conduct effective legal research by the very nature of his complaint that he is in an overcrowded prison and the law library has space for only 10 inmates at a time. Further, Plaintiff is pro se and his research skills are below that of trained attorneys.

WHEREFORE, the premises considered, Ray would respectfully move this Honorable Court to grant a thirty (30) day extension of time for Plaintiff to file his objections to the Magistrate Judge's Recommendation.

Respectfully submitted this 10th day of September, 2007.

_____
Robert Earl Ray, Jr., Plaintiff

SCANNED



In THE United States District Court
For the middle District
P.O. Box 711
Montgomery, Al. 36101

Robert Ed Roy Jr. #181367R
Limestone Corr. Facility
28779 Nick Davis Rd.
Harvest, Al 35749

Legal Mail