IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT EARL RAY, JR., #136 712 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-721-WKW |
| TROY KING - ATTORNEY GENERAL, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion for Extension of Time to file objections to the Recommendation of the Magistrate Judge. (Doc. No. 13.) Plaintiff seeks an additional thirty days to file his objections because the law library has space for only ten inmates at one time and because his research skills are not that of a trained attorney. (*Id.*)

Plaintiff's request that he be allowed an additional one month period in which to file objections to the September 5, 2007 Recommendation shall be denied. The original objection period is 13 days. The purpose of filing objections is to specifically identify findings in the Recommendation to which Plaintiff has an objection. The purpose is not to re-argue the merits of the complaint nor to present additional arguments. Frivolous, conclusive, or general objections will not be considered. Additionally, Rule 8(e)(1), *Federal Rules of Civil Procedure*, directs that [e]ach averment of a pleading shall be **simple**, **concise**, and **direct**.

In light of the foregoing, Plaintiff shall be granted an additional fifteen (15) day time

period within which to file his objections. No additional time to file objections shall be granted absent exceptional circumstances.

Accordingly it is ORDERED that:

1. Plaintiff's Motion for Extension of Time to and including October 17, 2007 to file objections (Doc. No. 13), is DENIED;

2. Plaintiff is GRANTED an extension from September 17, 2007 to October 2, 2007 to file his objections. No further requests for additional time to file objections shall be entertained by the court absent exceptional circumstances.

Done, this 14th day of September 2007.

       /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE