IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEAST REGION OF ALABAMA
SOUTHERN DIVISION

2007 OCT

DEBRA P.
U.S. DIS
MIDDLE I

ROBERT EARL RAY, JR.
    Appellant,

Vs.

\* CASE NO: 2. CV- 721 -WKW
*Prior to Transfer to this District*

TROY KING, ET. AL.
    ,Respondents,

                \*

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW Robert Earl Ray, Jr. in the above style cause and moves this honorable court to appoint him counsel to represent him in the matter before this court of the overcrowding and unconstitutional living conditions in the ADOC. specifically the Limestone Correctional facility.

The issues before this court are complex and the appellant is not trained in the law. He has presented his allegations. however he is not able to perfect his claims before this court:

1. Unable to obtain the necessary discovery.

2. Unable to investigate.

3. Unable to take depositions

4. The allegations before this court affect 29, 000 inmates and just appellant alone.

5. The matter before the court is of great importance and deserves counsel that can perfect the claims before this court.

Done on this the 16th day of October 2007.

ROBERT EARL RAY, JR.


## CERTIFICATE OF SERVICE


I hereby certify that a copy of the foregoing has been served upon Troy King by placing the same in the U.S. Mail, postage paid and properly addressed. Done on this the 17th day of October 2007.

ROBERT EARL RAY, JR.