IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEASTERN DIVISION
NORTHE

RECEIVED

2007 OCT 22  A 10:09

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ROBERT EARL RAY, JR.          *
    Appellant,

VS.                           * CASE NO: 2:CV-721-WKW
                                           Prior To Transfer to this District

TROY KING, ET. AL.
    Respondents,              *

## MOTION FOR A JURY TRIAL

COMES NOW Robert Earl Ray, Jr., pro se in the above style cause and moves this honorable court to grant him this motion for a "jury Trial" pursuant to Fed. R. C.P. Rule 38 (b).

Appellant request the jury trial on the issues presented to this court on the overcrowding and unconstitutional living conditions imposed upon him by the ADCC.

Done on this the 16th day of October 2007.

_____
ROBERT E. RAY, JR.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Troy King by placing the same in the U.S. Mail, postage paid and properly addressed. Done on this the 17th day of October 2007.

_____
ROBERT EARL RAY, JR.



ROBERT EARL RAY, JR. #136712
Limestone Correctional Facility
28779 Nick Davis Rd.
Harvest, Al. 35749

UNITED STATES DISTRICT COURT
Northern District of Alabama
1729 Fifth Ave, North
Birmingham, Al. 35203

This correspondence is forwarded from an Alabama State prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

RECEIVED
OCT 18 2007
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA