## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 223-7308

November 14, 2007

Clerk of Court
Alabama Northern District Court
140 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Re:   Robert E. Ray, Jr. V. Troy King, et al
      Civil Action No. 2:07cv721

Dear Clerk:

Please find enclosed our Court file in the above-styled cause together with the order transferring this cause to your district and a certified copy of all docket entries. Please acknowledge receipt of same by returning to us the enclosed copy of this letter.

To receive these document in pdf format, please call me at 334-954-3954 or e-mail me at sheryl_lent@almd.uscourts.gov and I will e-mail them to you.

Sincerely,

DEBRA P. HACKETT, CLERK

By:
   Deputy Clerk

/

Enclosures