```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006341
Cashier ID: khaynes
Transaction Date: 09/04/2008
Payer Name: BIBB COUNTY CORR FACILITY
---------------------------------
PLRA CIVIL FILING FEE
 For: ROBERT EARL RAY JR
 Case/Party: D-ALM-2-07-CV-000721-001
 Amount:         $18.00
---------------------------------
CHECK
 Check/Money Order Num: 9438
 Amt Tendered:   $18.00
---------------------------------
Total Due:       $18.00
Total Tendered:  $18.00
Change Amt:      $0.00
```